THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla Cerra@usdoj.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RITA CASTANEDA , <br><br>    Plaintiff, <br><br>    v. <br><br>MICHAEL J. ASTRUE, <br>COMMISSIONER OF SOCIAL <br>SECURITY, <br><br>    Defendant. | ED CV 05-0934 FMO <br><br><br>ORDER DISMISSING CASE |

Pursuant to the parties' stipulation to reopen this case for the purpose of entering a stipulation and the Court's reopening the case, it is hereby ordered that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

Date:  3/4/08

                                        /s/                    .
                                FERNANDO M. OLGUIN
                                United States Magistrate Judge